In the Matter of CITIES SERVICE OIL COMPANY, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

Argued February 25, 1946; decided March 7, 1946.

*George H. Colin* and *Benjamin Mosher* for appellant.

*John J. Bennett, Corporation Counsel* (*Fred Jacobs* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondents.

Appeal dismissed, with costs, upon the ground that no substantial constitutional question is involved. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.